**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      David Lorenza Joyner v. The State of Texas

Appellate case number:   01-18-00875-CR

Trial court case number:  1554289

Trial court:                    351st District Court of Harris County

Appellant, David Lorenza Joyner, has filed a motion (1) asserting that the prison in which he is incarcerated is currently on a quarantine lockdown and (2) requesting that this Court hold his appeal in abeyance until the lockdown is lifted. The motion is **denied**. The Court, instead, grants appellant an additional 45-day extension of time to file his pro se response to counsel's *Anders* brief. Accordingly, appellant's pro se response is due by **June 29, 2020**.

It is so ORDERED.

Judge's signature: _____/s/ Gordon Goodman_____
                              Acting individually


Date:   ___May 7, 2020___